# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1145**
**CA 11-00459**
PRESENT: FAHEY, J.P., CARNI, SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

MICHAEL J. CAMPBELL, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

MITCHELL S. NUSBAUM, DEFENDANT-APPELLANT.

---

EGGER & LEEGANT, ROCHESTER, RIVKIN RADLER LLP, UNIONDALE (MELISSA MURPHY OF COUNSEL), FOR DEFENDANT-APPELLANT.

CERULLI, MASSARE & LEMBKE, ROCHESTER (MATTHEW R. LEMBKE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered November 22, 2010 in a personal injury action. The judgment awarded plaintiff money damages upon a jury verdict.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  November 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court